CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 20 2012

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HAORLD CLAY WINTERS, | CASE NO. 7:11CV00579 |
| Plaintiff, | |
| vs. | FINAL ORDER |
| SUPERINTENDENT B. D. RUSSELL, ET AL., | By: James C. Turk<br>Senior United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This _20th_ day of March, 2012.

/s/ James C. Turk
Senior United States District Judge